AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 24-719-ADC  24-029872 | Date and time warrant executed: 3/24/24  0855 | Copy of warrant and inventory left with: |
| Inventory made in the presence of: COBBS, Maurice Adrian |||
| Inventory of the property taken and name(s) of any person(s) seized: Two vials of blood |||

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

11:07 am, Mar 25 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.M.___ Deputy

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/24/24

_____
Executing officer's signature

MPO Michael Russ
Printed name and title